**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **MABEL ARREDONDO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-22-CV-374-KC** |
| | § | |
| **LOANDEPOT.COM, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered Plaintiff's Motion to Dismiss with Prejudice ("Motion"), ECF No. 19.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff's Motion is **GRANTED**.  The Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Trial Preparation Order, ECF No. 13, and all deadlines therein, is **VACATED**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 21st day of June, 2023.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE